IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALVIN SWIGGETT, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-1602 |
| | : | |
| STEPHEN BATCHO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _5th___ day of ___OCTOBER___ 2011, it is **ORDERED** that Defendant Batcho's Motion for Summary Judgment (ECF No. 29) is **GRANTED**.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: